IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **HERBERT LOPEZ,** <br> **ID # 01824978,** ) <br> Petitioner, ) <br> vs. ) <br> ) <br> **LORIE DAVIS, Director,** ) <br> **Texas Department of Criminal** ) <br> **Justice, Correctional Institutions Division,** ) <br> Respondent. ) | No. 3:15-CV-3856-N (BH) |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1. The petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 is **DENIED** with prejudice.

2. The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to all parties.

**SIGNED this 16th day of January, 2018.**

_____
**UNITED STATES DISTRICT JUDGE**