# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **HERBERT LOPEZ,** ID # 01824978, Petitioner, | ) ) ) | |
| vs. | ) | No. 3:15-CV-3856-N (BH) |
| | ) | |
| **LORIE DAVIS, Director,** Texas Department of Criminal Justice, Correctional Institutions Division, | ) ) ) ) | |
| Respondent. | ) | Referred to U.S. Magistrate Judge |

## RECOMMENDATION REGARDING REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL

By *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred. Before the Court is the petitioner's movant's *Motion for Leave to Proceed In Forma Pauperis on Appeal*, received in the Fifth Circuit Court of Appeals on March 26, 2018, and forwarded to this court (doc. 17).

The motion to proceed *in forma pauperis* on appeal did not include a certificate of inmate trust account for the sixth-month period preceding the filing of the notice of appeal, as required by 28 U.S.C. § 1915(a)(2). On March 29, 2018, the petitioner was ordered to submit a form application to proceed *in forma pauperis* and include a certificate of inmate trust account within thirty days of the order. (*See* doc. 18.) He was informed that if he did not comply, a recommendation to deny the motion to proceed *in forma pauperis* on appeal would be entered. (*See id.*)

More than thirty days from the date of the order have passed, but the petitioner has not complied with the order or otherwise responded. Because he has not provided a certificate of inmate trust account as required by 28 U.S.C. § 1915(a)(2), he has not shown that he is a pauper. Accordingly, the motion to proceed *in forma pauperis* on appeal (doc. 17) should be **DENIED**.

**If the Court denies the request to proceed *in forma pauperis* on appeal, the petitioner**

**may challenge that denial by filing a separate motion to proceed** *in forma pauperis* **on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).** *See* **Fed. R. App. P. 24(a)(5).**

    **SIGNED this 7th day of May, 2018.**

                                              IRMA CARRILLO RAMIREZ
                                              UNITED STATES MAGISTRATE JUDGE