IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HERBERT LOPEZ, <br> ID # 01824978, <br>     Petitioner, <br> vs. <br> <br> LORIE DAVIS, Director, <br> Texas Department of Criminal <br> Justice, Correctional Institutions Division, <br>     Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 3:15-CV-3856-N |

### ORDER OF THE COURT ON RECOMMENDATION REGARDING
### REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL

Considering the record in this case and the recommendation of the Magistrate Judge, the Court hereby finds and orders that:

( )      The request for leave to proceed *in forma pauperis* on appeal is GRANTED.

(**X**)      The motion for leave to proceed *in forma pauperis* on appeal is DENIED. Because the petitioner has not provided a certificate of inmate trust account as required by 28 U.S.C. § 1915(a)(2), he has not shown that he is a pauper. The petitioner may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4). *See* Fed. R. App. P. 24(a)(5).

**DATE: May 11, 2018**

                                                            **UNITED STATES DISTRICT JUDGE**