IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **HERBERT LOPEZ,** | ) | |
| ID # 01824978, | ) | |
|     Petitioner, | ) | |
| vs. | ) | No. 3:15-CV-3856-N (BH) |
| | ) | |
| **LORIE DAVIS, Director,** | ) | |
| **Texas Department of Criminal** | ) | |
| **Justice, Correctional Institutions Division,** | ) | |
|     Respondent. | ) | Referred to U.S. Magistrate Judge |

**RECOMMENDATION REGARDING REQUEST TO PROCEED
IN FORMA PAUPERIS ON APPEAL**

Pursuant to *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred. Before the Court is the petitioner's motion to proceed *in forma pauperis* on appeal and a certificate of inmate trust account, received May 15, 2018 (doc. 21).

(**X**)     The motion for leave to proceed *in forma pauperis* on appeal should be DENIED for the following reasons:

    (**X**)     The petitioner is not a pauper. The certificate of inmate trust account shows that he has $1,162.41 in funds. Based on this information, the Court should conclude that the petitioner will not suffer undue financial hardship after payment of the $505.00 filing fee. *See Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988).

**If the Court denies the request to proceed *in forma pauperis* on appeal, the defendant may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4). *See* Fed. R. App. P. 24(a)(5).**

**SIGNED this 16th day of May, 2018.**

                                                                           IRMA CARRILLO RAMIREZ
                                                     UNITED STATES MAGISTRATE JUDGE