IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HERBERT LOPEZ, ID # 01824978, Petitioner, vs. LORIE DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent. | No. 3:15-CV-3856-N (BH) |

### ORDER OF THE COURT ON RECOMMENDATION REGARDING REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL

Considering the record in this case and the recommendation of the Magistrate Judge, the Court hereby finds and orders:

( )  The motion for leave to proceed *in forma pauperis* on appeal is GRANTED.

(**X**)  The motion for leave to proceed *in forma pauperis* on appeal is DENIED for the following reasons:

   (**X**)  The petitioner is not a pauper. A review of the certificate of inmate trust account shows that he has $1,162.41 in funds. Given this financial information, the Court concludes that the petitioner will not suffer undue financial hardship after payment of the $505.00 filing fee. *See Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988).

Although this Court has denied leave to proceed *in forma pauperis* on appeal, the defendant may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4). *See* Fed. R. App. P. 24(a)(5).

**SIGNED this 18th day of May, 2018.**

David C. Godbey
United States District Judge